FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HASANEIN A. YASER (4),<br><br>Defendant. | No. 4:21-CR-06042-MKD-4<br><br>ORDER GRANTING MOTION TO MODIFY SPECIAL CONDITION OF RELEASE NUMBER 3<br><br>**ECF Nos. 739, 740** |

Before the Court is Defendant Hasanein A. Yaser's (4) Motion to Modify Special Condition of Release Number 3, ECF No. 739, and related Motion to Expedite, ECF No. 740.  Defendant Hasanein Yaser (4) requests that Special Condition No. 3 be modified to allow telephone contact with his father Ali Abed Yaser, who is his co-defendant in this case.  Defendant Ali Yaser (1) pled guilty and was sentenced on January 26, 2023.  ECF No. 732.  The United States does not object, so long as Defendant Hasanein Yaser (4) does not discuss the pending case with his father, Defendant Ali Yaser (1).

Accordingly, **IT IS ORDERED**:

ORDER - 1

1. Defendant Hasanein A. Yaser's (4) Motion to Modify Special Condition of Release Number 3, **ECF No. 739**, is **GRANTED**. The related Motion to Expedite, **ECF No. 740**, **GRANTED**.

2. Special Condition No. 3, **ECF No. 224**, shall be **MODIFIED** as follows:

> Defendant shall avoid all contact, direct or indirect, with any co-defendants and with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution, with the following limited exceptions:
>
> Defendant may reside and have contact with his mother. However, Defendant shall not discuss this case with his mother.
>
> Defendant may have telephone contact with his father. However, Defendant shall not discuss this case with his father.

3. All other conditions of release, **ECF No. 224**, shall remain unaffected.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to all counsel and the United States Probation/Pretrial Services Office.

DATED February 6, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2